928

No. 93–5919. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5926. SCHIRALDI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5931. MURPHY *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 93–5932. PINKERTON *v.* HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–5936. MCLEOD *v.* CENTRAL SOYA CO., INC. Sup. Ct. S. C. Certiorari denied.

No. 93–5940. FRYDENLUND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5955. SALAMANCA *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–5961. BELLRICHARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–2025. DOE *v.* WOOLSEY, DIRECTOR OF CENTRAL INTELLIGENCE. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–222. MCCOO *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–212. HIGHLAND FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* CALIFORNIA, BY THE CITY OF LOS ANGELES, ET AL. Ct. App. Cal., 2d App. Dist. Motion of Savings and Community Bankers of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 93–255. CARRIE BEVERAGE INC. *v.* GILBERT/ROBINSON, INC. C. A. 8th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.